1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   JEFFERY A. RING,                    CASE NO.  1:03-cv-6436 TAG

10
                    Plaintiff,              ERRATA TO MEMORANDUM
11                                          DECISION AND ORDER FILED
                                            MAY 3, 2005
12         vs.

13
    JO ANNE B. BARNHART,
14  Commissioner of Social Security,

15
                    Defendant.
16  _____/

17

18        The final sentence on page 18 of the original opinion shall be deleted and replaced by the

19  following:

20        "The clerk of this Court is DIRECTED to enter judgment as a matter of law in favor of

21  defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against claimant Jeffery A.

22  Ring."

23

24  IT IS SO ORDERED.

25  **Dated:    May 3, 2005**                    **/s/ Theresa A. Goldner**
    j6eb3d                           UNITED STATES MAGISTRATE JUDGE
26

27

28

                                    1